**Steven Robert CERNIGLIA, Petitioner—Appellant,**

v.

**Mel HUNTER, Respondent—Appellee.**

No. 04–17562.

D.C. No. CV–03–00699–MCE.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Steven Robert Cerniglia, Atascadero, CA, Pro se.

Julie A. Hokans, AGCA—Office of the California Attorney General, Department of Justice, Sacramento, CA, for Respondent—Appellee.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

### MEMORANDUM**

Steven Robert Cerniglia appeals pro se the district court's order dismissing his 28

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

U.S.C. § 2254 petition, challenging the state trial court's June 1999 order re-committing him as a Sexually Violent Predator ("SVP") for a period of two years. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we dismiss.

Appellant contends that the trial court erred at his re-commitment hearing when the prosecution produced only one doctor's evaluation, rather than two, as required. However, because the California Court of Appeal has already awarded appellant the relief to which he was entitled, there is no injury for this Court to address, and the appeal is moot. *See Munoz v. Rowland,* 104 F.3d 1096, 1097–98 (9th Cir.1997).

**DISMISSED.**

\* This disposition is not appropriate for publication and may not be cited to or by the courts